**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: R.C.A., JR.        :   No. 114 MAL 2024
                :
                :
PETITION OF: R.C.A., JR.    :   Petition for Allowance of Appeal
                :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

  **AND NOW**, this 24th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.